# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICHARD REED,
ADC #110264                                                                                    PLAINTIFF

V.                            5:11CV00111 DPM/JTR

DR. ROLAND ANDERSON, Director,
Correctional Medical Services, Inc., et al.                                       DEFENDANTS

## ORDER

On May 26, 2011, the Court denied Plaintiff's first Motion for Appointment of Counsel. *See* docket entry #8. Plaintiff has not set forth a sufficient basis for the Court to reconsider that ruling.

IT IS THEREFORE ORDERED THAT Plaintiff's Second Motion for Appointment of Counsel (docket entry #15) is DENIED.

Dated this 5th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE