IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD REED
ADC# 110264                                                                                    PLAINTIFF

v.                                      No. 5:11-cv-111-DPM

DR. ROLAND ANDERSON,
JUANITA STELL, and EDWARD
JACKSON                                                                                         DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 32*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Reed's motion to dismiss, *Document No. 30*, granted. Defendants' motion for summary judgment, *Document No. 16*, denied as moot. Reed's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*/s/ W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

7 October 2011