IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD REED
ADC# 110264                                                                                          PLAINTIFF

v.                          No. 5:11-cv-111-DPM

DR. ROLAND ANDERSON,
JUANITA STELL, and EDWARD
JACKSON                                                                                              DEFENDANTS

JUDGMENT

Richard Reed's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2011