IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD REED
ADC# 110264                                                                                                                       PLAINTIFF

v.                   No. 5:11-cv-111-DPM

DR. ROLAND ANDERSON,
JUANITA STELL, and EDWARD
JACKSON                                                                             DEFENDANTS

## JUDGMENT

Richard Reed's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 October 2011